UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

JONATHAN HERNANDEZ,

    Plaintiff,

v.

SPRING OAKS CAPITAL, LLC, et al.,

    Defendants.

No. 5:24-CV-052-H

## ORDER OF DISMISSAL

Before the Court is the plaintiff's Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dkt. No. 5. Because the defendants have not filed an answer or a motion for summary judgment, the Court instructs the Clerk of Court to dismiss this action without prejudice under Rule 41(a)(1)(A)(i). The parties shall each bear their own costs and attorneys' fees.

So ordered on May 17, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE